IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL F. SUHADOLNIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

10-3021

FILED
JAN 27 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**COMPLAINT AND JURY DEMAND**

Plaintiff, Michael F. Suhadolnik, pro se, complains of defendant, the United States of America, as follows:

1.   Plaintiff Michael F. Suhadolnik is an individual residing at 3425 Bluff Road, Springfield, Illinois 62711, within Sangamon County, Illinois.

2.   Defendant is the United States of America.

3.   This action arises under the laws of the United States for the recovery of internal revenue taxes erroneously, illegally, and wrongfully collected from the plaintiff.

4.   This Court has jurisdiction over the subject matter of this action pursuant To Title 28, United States Code, section 1346(a)(1).

5.   Venue is proper in this district pursuant to Title 28, United States Code, Section 1402(a)(1).  Plaintiff resides within the Springfield District of Illinois.

6. CX Construction of Central Illinois was an Illinois corporation which was required to withhold from the wages of its employees income and social security taxes for the quarterly tax period December 31, 2007.

7. Defendant claims that CX Construction of Central Illinois failed to pay over to defendant such internal taxes for the quarterly tax periods beginning with the September 30, 2005 period and ending with the December 31, 2007 period in an amount equal to $ 430,448.35.

8. Plaintiff was not in effective control of the financial activities of CX Construction of Central Illinois for any period after the company's inception in the March 2005 quarter until the January quarter of 2008, the period CX Construction ended its operations and began winding up its affairs.

9. From the March quarter of 2005 through the January quarter of 2008, two Accountants employed by CX Construction of Central Illinois, the Corporate Treasurer and Corporate Secretary, were the sole administrators of all company finances.

10. Plaintiff did not allocate funds to other creditors of CX Construction of Central Illinois in preference to internal revenue tax withholding obligations at any time during the quarterly tax periods from March 2005 through the January 2008 quarter.

11. Plaintiff was unaware of the failure, if any, of CX Construction of Central Illinois to pay over from the wages of its employees income and social security taxes to defendant for the quarterly tax period ended December 31, 2007 until he was informed of that fact by the two Accountants employed by CX Construction, the Corporate Treasurer

and Corporate Secretary in January of 2008. Plaintiff was not made aware of the exact amount until February of 2008.

12. Plaintiff did not willfully fail to collect, did not willfully fail to truthfully account for, and did not willfully fail to pay over such internal revenue taxes.

13. For all periods from the March quarter of 2005 through the January quarter of 2008, plaintiff was not a person responsible to collect, account for, or pay over such taxes.

14. Plaintiff was notified in writing by the defendant of the proposed assessment against him of the penalty under Title 26, United States Code, section 6672 by notice dated May 5, 2008. Plaintiff so protested the assessment by timely notifying the defendant.

15. On August 5, 2008, Plaintiff was notified in writing by Settlement Officer Randy Allen that a conference was scheduled for September 25, 2008.

16. A formal written protest was filed on September 23, 2008.

17. Plaintiff and his certified public accountant attended the conference on September 25, 2008.

18. Plaintiff was notified on October 12, 2008 after the conference by Settlement Officer Randy Allen that the Settlement Officer and the plaintiff still disagreed.

19. Upon information and belief based on the failure of defendant to send any demand for payment to plaintiff, no timely assessment of the penalty under Title 26, United States Code, section 6672, was made within 30 days of the date plaintiff was notified of the final administrative determination with respect to his protest.

20. By reason of the facts alleged in paragraphs 14 through 19, the assessment of the penalty under Title 26, United States Code, section 6672, is barred by the provisions of the statue of limitations found in Title 26, United States Code, section 6672(b)(3)(B).

21. On December 31, 2008, plaintiff paid, and defendant erroneously, illegally, and wrongfully collected, the sum of $938.96 as payment of the penalty under Title 26, United States Code, section 6672, with respect to the income and social security taxes to be withheld from the wages of one employee of CX Construction of Central Illinois for the quarterly tax period ended December 31, 2007.

22. On December 31, 2008, plaintiff filed with defendant a claim seeking a refund of sums erroneously, illegally, and wrongfully collected from plaintiff as an internal revenue tax for the quarters ended December 31, 2007.  A true and correct copy of the plaintiff's claim for refund is attached hereto as Exhibit A (with plaintiff's social security number redacted)

23. The claim for refund described herein (Exhibit A hereto) filed by plaintiff under his own name with the address 3425 Bluff Road, Springfield, Illinois 62711 appearing on the claim.

24. As further grounds for recovery, plaintiff incorporates herein by reference the allegations set forth in the claim for refund on December 31, 2007. (Exhibit A hereto.)

25. No action on the claim for refund described herein has been taken in any judicial proceeding.

26. Plaintiff is sole owner of the claim for refund asserted and described herein and has made no assignment thereof.

27. By reason of the foregoing, defendant is indebted to plaintiff in an amount equal to at least $938.96, plus interest allowed by law.

28. Furthermore Plaintiff requests that defendant be ordered to not hold Plaintiff personally liable for the unpaid taxes and withholding of CX Construction of Central Illinois

WHEREFORE, plaintiff prays that this Court enter judgment in his favor and against defendant in the amount of $938.96 plus interest and costs, that the defendant be ordered to not hold Plaintiff personally liable for unpaid taxes and withholdings of CX Construction of Central Illinois and for such other and further relief as this Court may deem just and equitable, including the award of reasonable administrative and litigation costs under Title 26, United States Code,
section 7430.

## JURY DEMAND

Plaintiff hereby demands a jury on all issues triable by a jury.

Respectfully submitted,

*[signature]*
MICHAEL SUHADOLNIK

Dated: 1/27/2010

Michael Suhadolnik
3425 Bluff Road
Springfield, Illinois 62711

(217) 415-5132
mikesuhadolnik@yahoo.com